IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSEPH WAYNE ARDRON,[1] : | |
| Plaintiff : | |
| v. : | CIVIL NO. 5:12-cv-304-MTT-MSH |
| GEO GROUP INC., et. al. : | |
| Defendants. : | |

### ORDER OF DISMISSAL

Plaintiff Joseph Wayne Ardron, a prisoner at Riverbend Correctional Facility in Milledgeville Georgia, filed the present *pro se* civil rights action under 42 U.S.C. § 1983. Because Plaintiff sought leave to proceed *in forma pauperis*, the United States Magistrate Judge ordered Plaintiff to submit a certified copy of his trust fund account statement (or institutional equivalent) for the 6-month period prior to the filing of this Complaint. *See* Order, August 2, 2012 (ECF No. 7); 28 U.S.C. § 1915(a). Plaintiff was given twenty-one days to comply and advised that a failure to comply may result in the dismissal of his Complaint.

When Plaintiff failed to respond to the August 2, 2012, Order, the Magistrate Judge entered a second order, dated September 4, 2012 (ECF No. 8), requiring Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply. The time for responding to the Order to Show Cause has now passed, and the Court has

---

[1] Also known as "**Joseph Wayne Andron**."

1

not received any response from Plaintiff. Plaintiff has thus again failed to comply with an order of this Court.

Plaintiff's repeated failure to respond leads the Court to believe that he is no longer interested in prosecuting this case. For this reason and because of Plaintiff's failure to comply with the Court's instructions, failure to prosecute, and apparent abuse of the judicial process, Plaintiff's Complaint shall be **DISMISSED** without prejudice.

**SO ORDERED**, this 25th day of October, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr